# U.S. Department of Justice
## United States Marshals Service
### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** Philip York

**COURT CASE NUMBER:** 12C8823

**DEFENDANT:** NCO Financial Systems Inc

**TYPE OF PROCESS:** S/C

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** CT Corporation System

**ADDRESS:** 208 S. LaSalle St. Ste 814

FILED 2-22-13
FEB 22 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Philip York
2058 E 72nd St
Chicago IL 60649

**Number of process to be served with this Form - 285:** 
**Number of parties to be served in this case:** 
**Check for service on U.S.A.:** 

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

208 LaSalle is Registered Agent of defendant CT Corporation System

**Signature of Attorney or other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER:** 773-319-5924

**DATE:** 12-19-12

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 24 | 24 | | 1-10-13 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** CT Solutions — Gina M. Lendi

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:** 12 FEB 13  **Time:** 1015 am

**Signature of U.S. Marshal or Deputy:** [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed | Amount of Refund |
|---|---|---|---|---|---|---|
| 55 | | | 55 | | | |

**REMARKS:** 1 DUSM / 1 HR

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)