# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8823 | **DATE** | 2/20/2013 |
| **CASE TITLE** | York vs. NCO Financial | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff fails to appear. Case is dismissed for want of prosecution.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|